**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
K.G. and V.G., individually and on
behalf of C.O.,

                Plaintiff,                  22 **CIVIL** 9476 (ER)

       -against-                        **JUDGMENT**
                           **For Attorney's Fees and Costs**
NEW YORK CITY DEPARTMENT OF
EDUCATION,

                Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated July 19, 2024, The Court grants Plaintiffs' motion for attorneys' fees and costs with the following modifications: (1) Tracey Walsh, Hermann Walz, and Lauren Druyan are entitled to an hourly rate of $375; (2) Anna Belle Hoots and Sarah Greisman are entitled to an hourly rate of $150; (4) Sonali Sanyal is entitled to an hourly rate of $125; (5) the hours billed by the Firm in the administrative action are reduced by twenty percent, totaling 53.76 hours; (6) the hours billed by the Firm in the federal action are reduced by ten percent, totaling 20.02 hours. According, the case is closed.

**Dated:** New York, New York
        July 22, 2024

                               **DANIEL ORTIZ**

                               _____
                             **Acting Clerk of Court**

            **BY:** _____
                         **Deputy Clerk**